Sharon D. Cousineau
SAMWEL COUSINEAU, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com
Attorney for Plaintiff


James J. Parr
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
james@agrusslawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | | |
|---|---|---|
| DREW HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:19-cv-01464-mc |
| | ) | |
| MATCO TOOLS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, DREW HARRIS, ("Plaintiff"), through his attorneys, informs this Honorable

Court that the Plaintiff and Defendant, MATCO TOOLS CORPORATION, have reached a

settlement in this case.  Plaintiff anticipates dismissing this case with prejudice, within 60 days.

DATED:  November 25, 2019

                        By: /s/ Sharon D. Cousineau
                              Sharon D. Cousineau
                              SAMWEL COUSINEAU, PC
                              700 West Evergreen Blvd.
                              Vancouver, WA 98660
                              Tel. 360-750-3789
                              Fax 360-750-3788
                              sdcousineau@gmail.com
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 25, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.

By: /s/ Sharon D. Cousineau
Sharon D. Cousineau