Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com

James Parr (admitted *pro hac vice*)
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel. 312-224-4695
Fax 312-253-4451
james@agrusslawfirm.com

Attorneys for Plaintiff
DREW HARRIS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| DREW HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:19-cv-01464-MC |
| | ) |
| MATCO TOOLS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff, DREW HARRIS, and Defendant, MATCO TOOLS CORPORATION, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: December 20, 2019

2

By:     /s/ James J. Parr                  /s/ Katelyn J. Fulton
James J. Parr                                   Katelyn J. Fulton
Agruss Law Firm, LLC                 Miller Nash Graham & Dunn LLP
4809 N. Ravenswood Ave Ste 419    111 SW Fifth Avenue, Ste 3400
Chicago IL 60640                        Portland, OR 97204
Tel. 312-224-4695                      Tel. 503-205-2331
Fax 312-253-4451                     katelyn.fulton@millernash.com
james@agrusslawfirm.com           Attorney for Defendant
Attorney for Plaintiff
*Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

On December 20, 2019, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.

By: /s/ James J. Parr
James J. Parr