IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DREW HARRIS,

        Plaintiff,                         Civ. No. 6:19-cv-01464-MC

       v.                                   JUDGMENT

MATCO TOOLS CORPORAION

        Defendants.

_____

MCSHANE, Judge:

       Based on the Stipulation of Dismissal (ECF No. 16), this action is DISMISSED with prejudice.

       IT IS SO ORDERED.

       DATED this 16th day of January, 2020.

                                                   _____/s/ Michael J. McShane_____
                                                          Michael McShane
                                                  United States District Judge